373 A.2d 1152

Trocarino Lanes, Inc. v. Busy Beaver Building Centers, Inc., Appellant, et al.

Trocarino Lanes, Inc. v. Busy Beaver Building Centers, Inc. (et al., Appellants).

634

Argued November 10, 1976.  Richard S. Dorfzaun, with him Dickie, McCamey & Chilcote, for appellant at No. 343;  Vincent J. Grogan, with him Frank R. Fleming, III, for appellants at No. 353; Allan H. Cohen, with him Gatz, Cohen, Segal & Koerner, for appellee.

OPINION PER CURIAM:  Judgment and order affirmed.

JACOBS and SPAETH, JJ., dissent as to the entry of judgment against Arlene Lhormer and Carolyn Fagen, wives of the individual defendants.